# Shapiro Arato LLP

500 Fifth Avenue, 40th Floor
New York, NY 10110
tel: 212-257-4880
fax: 212-202-6417

www.shapiroarato.com

Alexandra A.E. Shapiro
ashapiro@shapiroarato.com
Direct: 212-257-4881

January 15, 2015

<u>VIA ECF</u>

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals
   for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *United States of America v. Daugerdas (Parse)*, 13-1388-cr

Dear Ms. Wolfe:

    I am lead counsel for Appellant David Parse in the above-captioned matter. I write to advise the court that Marc E. Isserles and James Darrow are no longer affiliated with our firm and to respectfully request that they be removed from the docket. Mr. Parse will continue to be represented by Chetan A. Patil and myself.

    Thank you for your attention to this request.

                            Respectfully submitted,

                            s/ Alexandra A.E. Shapiro

                            Alexandra A.E. Shapiro

cc:     All counsel via ECF